————o————

JOHN BOCKHEIM, *Plaintiff in Certiorari*, vs. ALEXAN-
DER R. LINN ET AL., *Defendants in Certiorari*.

*Amendment.*

In the Court below the summons was against Bock-
heim and Co.    The constable's return shows service on
the "defendant."    The plaintiff declared against
"defendant."    During the trial plaintiff's attorney
moved to amend by inserting the name of John Bock-
heim alone.    This was allowed and defendant excepted.

The Court, WALKER, J., affirmed the judgment, hold-
ing that while in the case of joint defendants, such an
amendment would not be allowable, yet it appearing
that Bockheim was not served in the firm name, but

individually, and he so pleaded to the declaration, the amendment was properly allowed to be made.

(A. D., 1868.)